**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09–cv–02824–REB–MJW

THU N. NGUYEN,

    Plaintiff,

v.

ROBERT L. PITLER, individually;
MARK LEE LEVINE, PROFESSIONAL COMPANY,
a/k/a, d/b/a, LEVINE AND PITLER, P.C.,
a/k/a, d/b/a, ROBERT L. PITLER, PROFESSIONAL COMPANY; and
JOHN DOES 1-5,

    Defendants.

## ORDER DISMISSING JOHN DOES 1-5, ONLY

**Blackburn, J.**

The matter before me is plaintiff's **Unopposed Motion To Dismiss John Does 1-5** [#44] filed June 10, 2010. After careful review of the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendants John Does 1-5 should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion To Dismiss John Does 1-5** [#44] filed June 10, 2010, is **GRANTED**;

2. That plaintiff's claims against defendants John Does 1-5, are **DISMISSED**; and

3. That defendants John Does 1-5 are **DROPPED** as named parties to this litigation, and the case caption is amended accordingly.

Dated June 11, 2010, at Denver, Colorado.

**BY THE COURT:**

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge