IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02824-REB-MJW

THU N. NGUYEN,

Plaintiff,

v.

ROBERT L. PITLER,
MARK LEE LEVINE, PROFESSIONAL COMPANY, a/k/a, d/b/a, LEVINE AND PITLER P.C., a/k/a, d/b/a, ROBERT L. PITLER, PROFESSIONAL COMPANY, AND
JOHN DOES 1-5,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Stipulated Motion to Vacate Settlement Conference, DN 53, filed with the Court on July 16, 2010, is GRANTED. The Settlement Conference set on August 17, 2010 at 10:00 a.m., is VACATED and is RESET on October 25, 2010, at 1:30 p.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel are reminded that persons with complete settlement authority shall appear **in person** for the settlement conference.

It is FURTHER ORDERED that Confidential Settlement Statements shall be submitted to the court on or before October 20, 2010.

Date: July 20, 2010