IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02824-REB-MJW

THU N. NGUYEN,

Plaintiff,

v.

ROBERT L. PITLER,
MARK LEE LEVINE, PROFESSIONAL COMPANY, a/k/a, d/b/a, LEVINE AND PITLER
P.C., a/k/a, d/b/a, ROBERT L. PITLER, PROFESSIONAL COMPANY, AND
JOHN DOES 1-5,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the ***Stipulated Motion to Amend Scheduling Order to Extend Deadline to Make Expert Disclosures***, (Docket No. 52), filed with the Court on July 16, 2010, is GRANTED. The parties shall file initial expert disclosures pursuant to Fed.R.Civ.P. 26(a)(2) on or before September 17, 2010. Rebuttal expert disclosures shall be filed on or before October 18, 2010.

It is FURTHER ORDERED that ***Plaintiff's Motion to Amend Complaint***, Docket No. 50), filed with the Court on July 1, 2010, is GRANTED. The Second Amended Complaint (Docket No. 50-1) is accepted for filing as of the date of this minute order.

Rule 15(a) of the Federal Rules of Civil Procedure provides that "[t]he court should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). "Refusing leave to amend is generally only justified upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." Frank v. U.S. West, Inc., 3 F.3d 1357, 1365 (10th Cir. 1993) (citations omitted). Here, Plaintiff has met the requirements of Rule 15(a) and good cause has been shown to grant the subject motion (docket no. 50).

Date: July 26, 2010