IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09–cv–02824–REB–MJW

THU N. NGUYEN,

    Plaintiff,

v.

ROBERT L. PITLER, individually;
MARK LEE LEVINE, PROFESSIONAL COMPANY,
a/k/a, d/b/a, LEVINE AND PITLER, P.C., and
a/k/a, d/b/a, ROBERT L. PITLER, PROFESSIONAL COMPANY,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal Pursuant To Rule 41(a)(1)(A)(ii)** [#63] filed October 14, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal Pursuant To Rule 41(a)(1)(A)(ii)** [#63] filed October 14, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for March 18, 2011, is **VACATED**;

3. That the jury trial set to commence April 4, 2011, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 15, 2010, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge